


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2022

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 5, 2022

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

   Re: <u>Government Employees Insurance Company as subrogee of Luis Feliz v. United States of America</u>, 21-cv-7828 (AJN)

Dear Judge Nathan:

  This Office represents defendant United States of America (the "Government") in the above-referenced subrogation action by plaintiff Government Employees Insurance Company as subrogee of Luis Feliz ("Plaintiff"), under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*. On December 29, 2021, the Government filed a letter-motion respectfully requesting a 30-day extension of its time to answer the complaint, <u>see</u> ECF No. 14, which was granted on January 3, 2022, <u>see</u> ECF No. 16. On December 29, 2021, the Government also filed a supplemental letter-motion requesting a concomitant adjournment of the initial conference from January 12, 2022, to a time that is convenient for the Court and the parties following the Government's extended deadline to respond to the complaint. <u>See</u> ECF No. 15. The Court has not yet ruled on the latter request. If the conference adjournment request is not granted, a proposed case management plan and joint letter are due today. <u>See</u> Order dated October 15, 2021 (ECF No. 10). Counsel respectfully request clarification from the Court as to whether the conference currently scheduled for January 12 will proceed as scheduled or be adjourned. If it is to proceed on January 12, in light of these circumstances, counsel respectfully request a two-day adjournment of the deadline to file a proposed case management plan and joint letter in advance of the conference.

  I thank the Court for its consideration of this request.

The conference scheduled for January 12, 2022 is adjourned to February 18, 2022 at 3:30 pm. The parties shall submit their proposed case management plan and joint letter by February 9, 2022.

*[Signature: Alison J. Nathan]*
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
1/7/2022

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By:   /s/ Carly Weinreb
      CARLY WEINREB
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel: (212) 637-2769
      Carly.Weinreb@usdoj.gov
      *Counsel for Defendant*

Cc:    Richard L. Elem, Esq., *Counsel for Plaintiff* (by ECF)